IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TRAVIS CARTER | § | |
| v. | § | CIVIL ACTION NO. 6:14cv137 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that this civil action be reversed and remanded for further consideration consistent with the findings therein. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the action is hereby **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the findings above. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 16th day of September, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1